The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUKHTAR KECHIK and<br>FAHIMI FISAL,<br><br>Defendants. | NO. CR08-427 JLR<br><br>[~~PROPOSED~~]<br>ORDER OF DISMISSAL |

Upon motion by the United States requesting a dismissal of the charges in this case against Mukhtar Kechik and Fahimi Fisal (but not against Robert Miracle, who pled guilty and was sentenced), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and, the Court having reviewed the files and records in this case,

IT IS ORDERED that the Indictment against Mukhtar Kechik and Fahimi Fisal is dismissed and that any resulting warrants for their arrest are quashed.

//
//
//

ORDER OF DISMISSAL - 1
*United States v. Mukhtar Kechik & Fahimi Fisal*, CR08-427 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of Court is directed to provide a copy of this Order of Dismissal to the United States Marshals Service.

DATED: this 7th day of November 2022.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

ORDER OF DISMISSAL - 2
*United States v. Mukhtar Kechik & Fahimi Fisal*, CR08-427 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970